NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARL W. HEWES,                               )
                                             )
            Appellant,                       )
                                             )
v.                                           )     Case No. 2D18-1195
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
                                             )
_____  )

Opinion filed March 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and VILLANTI and ATKINSON, JJ., Concur.